IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| JULIAN RAY BETTON,<br><br>    Plaintiff,<br><br>    v.<br><br>BILL KNOWLES in his individual capacity and official capacity as Commander of the 15th Circuit Drug Enforcement Unit Task Force; JIMMY RICHARDSON, II in his individual capacity and official capacity as 15th Circuit Solicitor; DEAN BISHOP in his individual capacity; CHAD GUESS in his individual capacity; FRANK WADDELL in his individual capacity; CHRIS DENNIS in his individual capacity; and DAVID BELUE in his individual capacity, and THE CITY OF MYRTLE BEACH,<br><br>    Defendants. | CA NO. 4:15-cv-04638-AMQ-KDW<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that DEDENDANT DAVID BELUE, in his individual capacity and in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order and Opinion of the Honorable A. Marvin Quattlebaum (ECF No. 194) entered in this action on the 7th day of August, 2018.

By: s/*James R. Battle*
James R. Battle, Fed. ID # 10221
Michael W. Battle, Fed. ID # 1243
BATTLE LAW FIRM, LLC
PO Box 530
1200 Main Street
Conway, SC 29528
(843) 248-4321 (tel)
(843) 248-4512 (fax)

ATTORNEYS FOR DAVID BELUE