# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| JULIAN RAY BETTON,<br>*Plaintiff*<br>v.<br>DAVID BELUE in his individual capacity,<br>*Defendant* | Civil Action No.  4:15-cv-04638-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ summary judgment is entered in favor of the defendant, David BeLue in his individual capacity, as to the twelfth cause of action.  The plaintiff, Julian Ray Betton, shall take nothing of the defendant, David BeLue in his individual capacity, and this action is dismissed with prejudice as to that cause of action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the  Court, the Honorable A. Marvin Quattlebaum, Jr., US District Judge, presiding.  The Court having adopted the Report and Recommendation of US Magistrate Judge Kaymani D. West, granting in part the defendant's motion for summary judgment.

Date:   January 2, 2020                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                        s/Charles L. Bruorton
                                                                                   *Signature of Clerk or Deputy Clerk*